UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR JULIAN VELOZ,<br><br>    Petitioner,<br><br>    v.<br><br>JEFFREY BEARD, SECRETARY,<br>DEPARTMENT OF CORRECTIONS,<br><br>    Respondent. | CASE NO. ED CV 13-911-BRO (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: <u>August 1, 2014</u>.

_[signature]_

BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\Judgment.wpd